**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERIC S. COTTO,

                Plaintiff,

    -against-                             20 **CIVIL** 6487 (MKV)

                                                  **JUDGMENT**

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 12, 2022, defendant's motion to dismiss is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        September 13, 2022

                                                  **RUBY J. KRAJICK**

                                                  Clerk of Court

                       **BY:**

                                                  **Deputy Clerk**